UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JACQUELINE COHEN,
on behalf of herself and all others similarly situated,

                                                                       Case No.: 12-cv-5323 (RJD)(JMA)

                Plaintiff,

                v.                                      **STIPULATION OF**
                                                           **DISCONTINUANCE**
                                                           **WITH PREJUDICE**

CAVALRY SPV I, LLC;
WOODS OVIATT GILMAN, LLP

                Defendant.
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties who have appeared in the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party. A resolution of plaintiff's individual claims has been made pursuant a certain confidential settlement. The claims of the putative class members are dismissed without prejudice. The Clerk of Court is respectfully asked to terminate this action with the right of either party, upon good cause shown, to reinstate this action within 30 days.

Dated: New York, New York
          December 12, 2012

By: _____                By: _____
     Shimshon Wexler                               Donald S. Maurice, Jr.

The Law Offices of Shimshon Wexler, P.C.      Maurice & Needleman, PC
PO Box 250870                                   1617 JFK Blvd., Suite 935, One Penn Center
New York, NY 10025                          Philadelphia, PA 19103
(212) 760-2400                                     (215) 665-1133
*Attorney for Plaintiff*                            *Attorney for Defendant Cavalry SPV I, LLC*

*SO ORDERED:*

_____
USDJ